| United States Bankruptcy Court<br>District of Delaware | **Voluntary Petition** |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pure Beauty Salons & Boutiques, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Schedule 1** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**27-3530447** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**3762 14th Avenue #200**<br>**Markham, Canada**<br>ZIP CODE **L3R 0G7** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**N/A** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**N/A**<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above).<br>**N/A**<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which the<br>Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☒ Chapter 11        Main Proceeding<br>☐ Chapter 12       ☐ Chapter 15 Petition for<br>☐ Chapter 13         Recognition of a Foreign<br>                              Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code) | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose.<br>☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br><br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. a small business debtor as defined in 11 U.S.C. § 1126(b) |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors on a Consolidated Basis

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets on a Consolidated Basis

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities on a Consolidated Basis

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Pure Beauty Salons & Boutiques, Inc.** | |
|---|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed: N/A | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: N/A | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor:<br>　　See Addendum. | Case Number: | Date Filed: |
|---|---|---|
| District:<br>　　District of Delaware | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>　　Signature of Attorney for Debtor(s)　　(Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

　　☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

　　☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

　　_____
　　(Name of landlord that obtained judgment)

　　_____
　　(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Pure Beauty Salons & Boutiques, Inc.** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>X _____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X */s/ Joseph M. Barry*<br>Signature of Attorney for Debtor(s)<br><br>Joseph M. Barry (No. 4221)<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>Date Oct 4, 2011<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Brian Luborsky*<br>Signature of Authorized Individual<br><br>Brian Luborsky<br>Chief Executive Officer<br><br>October 4, 2011 | |

# SCHEDULE 1 TO VOLUNTARY PETITION

The Debtors have used the following other names during the previous 8 years, which includes trade names the Debtors have registered with various states:

- Trade Secret
- Beauty Express
- BeautyFirst
- PureBeauty
- Winston's Barber Shop

## SCHEDULE 2 TO VOLUNTARY PETITION

### AFFILIATED ENTITIES

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware. Contemporaneously with the filings of such petitions, the below entities are filing a motion requesting joint administration of their chapter 11 cases.

       Pure Beauty Salons & Boutiques, Inc.
       BeautyFirst Franchise Corp.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Pure Beauty Salons & Boutiques, Inc., *et al.*,[1] | Case No. 11-_____ (____) |
| Debtors. | (Joint Administration Requested) |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

Pure Beauty Salons & Boutiques, Inc. and BeautyFirst Franchise Corp. (together, the "Debtors," and each individually, a "Debtor"), filed voluntary petitions in this Court for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq. This list of creditors holding the twenty (20) largest unsecured claims (the "Top 20 List") has been prepared on a consolidated basis, from the Debtors' books and records as of October 3, 2011. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) creditors who assert that their claims are secured by the assets of one or more of the Debtors. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtors. The information presented herein, including, without limitation the failure of the Debtors to list any claim as contingent, unliquidated, disputed or subject to a setoff does not constitute a waiver of the Debtors' rights to contest the validity, priority, nature, characterization and/or amount of any claim. The Debtors' rights with respect to all claims are hereby reserved.

---

[1] The Debtors in these cases, along with the last four (4) digits of their federal tax identification numbers are: Pure Beauty Salons & Boutiques, Inc. (0447) and BeautyFirst Franchise Corp. (0520). The address for each Debtor is 3762 14th Avenue, # 200, Markham L3R 0G7, Canada.

| Rank | Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim |
|---|---|---|---|---|---|
| 1 | PREIT SERVICES, LLC | c/o Klehr Harrison Harvey Branzburg LLP<br>Attn: Scott P. Shectman, Esq.<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103<br>Tel: 215-569-2524<br>Fax: 215-568-6603 | Litigation Claim | Contingent, unliquidated and disputed | $2,426,722.11 |
| 2 | JOHN PAUL MITCHELL SYSTEMS | Attn: President, Officer or Managing Agent<br>20705 Centre Pointe Park<br>Santa Clarita, CA 91350<br>Tel: 661-298-0296<br>Fax: 661-298-7628 | Trade | | $1,356,733.54 |
| 3 | OPI PRODUCTS, INC. | Attn: President, Officer or Managing Agent<br>13034 Saticoy Street<br>N. Hollywood, CA 91605<br>Tel: 630-213-8990 Ext. DESK<br>Fax: 630-213-8661 | Trade | | $945,138.56 |
| 4 | KPSS, INC. | Attn: President, Officer or Managing Agent<br>981 Corporate Blvd.<br>Linthicum Heights, MD 21090<br>Tel: 800-288-9118 ext. 3105<br>Fax: 410-684-2966 | Trade | | $430,904.09 |
| 5 | FAROUK SYSTEMS | Attn: President, Officer or Managing Agent<br>250 Pennbright, Suite 150<br>Houston, TX 77090<br>Tel: 281-876-2000<br>Fax: 866-449-9025 | Trade | | $402,828.58 |
| 6 | KENRA LABORATORIES, INC. | Attn: President, Officer or Managing Agent<br>22 E. Washington Street, 5th Floor<br>Indianapolis, IN 46204<br>Tel: 800-930-7777<br>Fax: 317-308-2185 | Trade | | $394,725.82 |

---

[2] The Debtors reserve their rights to dispute the claims on this schedule on any basis.

| Rank | Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim |
|---|---|---|---|---|---|
| 7 | HOUSTON BW, INC. ET. AL. | c/o Stinson Morrison Hecker LLP<br>Attn: Sharon L. Stolte<br>12 Corporate Woods<br>10975 Benson, Suite 550<br>Overland Park, KS 66210-2008<br>Tel: 913-344-8009<br>Fax: 913-344-6779 | Litigation | Disputed | $371,000.00 |
| 8 | BEAUTYMAX/FHI HEAT, INC. | Attn: President, Officer or Managing Agent<br>30575 Bainbridge Road, Suite 200<br>Solon, OH 44139<br>Tel: 877-289-6287<br>Fax: 561-955-9879 | Trade | | $336,558.00 |
| 9 | NATIONAL CITY COMMERCIAL CAPITAL CO. LLC | Attn: President, Officer or Managing Agent<br>995 Dalton Avenue<br>Cincinnati, OH 45203<br>Tel: 513-421-9191<br>Fax: 513-977-8746 | Trade | | $316,925.91 |
| 10 | JOICO LABORATORIES | Attn: President, Officer or Managing Agent<br>300 Forge Road<br>Geneva, NY 14456<br>Tel: 800-242-9283<br>Fax: 203-656-7771 | Trade | | $299,500.00 |
| 11 | HELEN OF TROY CORPORATION | Attn: President, Officer or Managing Agent<br>One Helen of Troy Plaza<br>El Paso, TX 79912<br>Tel: 800-487-8432<br>Fax: 915-225-6836 | Trade | | $297,444.12 |
| 12 | BEAUTOPIA LLC | Attn: President, Officer or Managing Agent<br>3939 E. 46th Street<br>Minneapolis, MN 55406<br>Tel: 800-243-0275<br>Fax: 612-729-6602 | Trade | | $283,844.44 |

| Rank | Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim |
|---|---|---|---|---|---|
| 13 | TIGI LINEA HAIRCARE | Attn: President, Officer or Managing Agent<br>1655 Waters Ridge Drive<br>Lewisville, TX 75057<br>Tel: 800-259-8596 ext. 2929<br>Fax: 972-353-0443 | Trade | | $253,631.88 |
| 14 | MACADAMIA NATURAL OIL LLC | Attn: President, Officer or Managing Agent<br>4131 W. Vanowen Place<br>Burbank, CA 91505-1131<br>Tel: 818-859-7870<br>Fax: 818-859-7871 | Trade | | $132,528.42 |
| 15 | EPIQ BANKRUPTCY SOLUTIONS, LLC | Attn: President, Officer or Managing Agent<br>757 Third Ave., 3rd Floor<br>New York, NY 10007<br>Tel: 646-282-2500<br>Fax: 646-282-2501 | Professional Fees | | $130,000.00 |
| 16 | SEXY HAIR CONCEPTS, LLC | Attn: President, Officer or Managing Agent<br>21551 Prairie Street<br>Chatsworth, CA 91311<br>Tel: 818-435-0875<br>Fax: 818-435-0891 | Trade | | $124,287.80 |
| 17 | MACERICH – STORE NO. 70025-TYSONS CORNER | c/o Steven Spector, Esq.,<br>401 Wilshire Blvd., Suite 700<br>Santa Monica, CA 90401<br>Tel: 293-891-0700<br>Fax: 293-896-0400 | Lease Obligation | | $111,682.05 |
| 18 | STAPLES CONTRACT & COMMERCIAL, INC. | Attn: President, Officer or Managing Agent<br>500 Staples Drive<br>Framingham, MA 01702<br>Tel: 508-253-5000<br>Fax: 508-253-8955 | Trade | | $105,367.16 |

YCST01: 11481154.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　070490.1001

| Rank | Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim |
|---|---|---|---|---|---|
| 19 | ATHENA COSMETICS INC./REVITALASH | Attn: President, Officer or Managing Agent<br>1838 Eastman Avenue, Suite 200<br>Ventura, CA 93003<br>Tel: 877-909-5274<br>Fax: 866-466-7909 | Trade | | $91,260.00 |
| 20 | FEDERAL REALTY INVEST TRUST – STORE NO. 70053 – PIKE 7 PLAZA | Attn: President, Officer or Managing Agent<br>1626 E. Jefferson Street<br>Rockville, MD 20852<br>Tel: 800-685-8980<br>Fax: 301-998-3700 | Lease Obligation | | $91,152.15 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Pure Beauty Salons & Boutiques, Inc., *et al.*,[1] | Case No. 11-_____ (___) |
| Debtors. | (Joint Administration Requested) |

## DECLARATION CONCERNING THE DEBTORS' CONSOLIDATED LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

      I, Brian Luborsky, Chief Executive Officer of Pure Beauty Salons & Boutiques, Inc. and BeautyFirst Franchise Corp., the above-captioned debtors and debtors in possession, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing Consolidated List of Creditors holding the 20 Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Date: October 4, 2011
      Markham, Ontario, Canada

                                        */s/ Brian Luborsky*
                                        Brian Luborsky
                                        Chief Executive Officer
                                        Pure Beauty Salons & Boutiques, Inc. and
                                        BeautyFirst Franchise Corp.

---

[1] The Debtors in these cases, along with the last four (4) digits of their federal tax identification numbers are: Pure Beauty Salons & Boutiques, Inc. (0447) and BeautyFirst Franchise Corp. (0520). The address for each Debtor is 3762 14th Avenue, # 200, Markham L3R 0G7, Canada.

# RESOLUTIONS OF THE BOARD OF DIRECTORS OF
# PURE BEAUTY SALONS & BOUTIQUES, INC.

WHEREAS, the board of directors (the "Board") of Pure Beauty Salons & Boutiques, Inc., a Delaware corporation (the "Company"), has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including without limitation the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, and the market for the Company's products and services; and

WHEREAS, the Board has received, reviewed, and considered the recommendations of the senior management of the Company and the Company's legal, financial, and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of title 11 of the United States Code;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors and stockholders, and other interested parties that a voluntary petition (the "Petition") be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code; and it is further

RESOLVED, that the officers of the Company (collectively, the "Designated Persons") be, and each of them, acting alone, hereby is, authorized, directed, and empowered on behalf of and in the name of the Company (i) to execute and verify the Petition and all documents ancillary thereto, to cause the Petition to be filed with the United States Bankruptcy Court for the District of Delaware, and to make or cause to be made prior to the execution thereof any modifications to the Petition or such ancillary documents that, in the judgment of such Designated Person, may be necessary, appropriate, or desirable, and (ii) to execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications, and other papers or documents that, in the judgment of such Designated Person, may be necessary, appropriate, or desirable in connection with the foregoing; and it is further

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway") be, and it hereby is, authorized and empowered to represent the Company as its general bankruptcy counsel and to represent and assist the Company in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including without limitation the preparation of pleadings and filings in the chapter 11 case; and in connection therewith, the Designated Persons be, and each of them, acting alone, hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute appropriate retention agreements, pay retainers as appropriate prior to and immediately upon the filing of the chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Young Conaway; and it is further

RESOLVED, that SSG Capital Advisors, LLC ("SSG") be, and it hereby is, authorized and empowered to represent the Company as its investment banker, with regard to the chapter 11 case; and in connection therewith, the Designated Persons be, and each of them, acting alone, hereby is, authorized, directed, and empowered on behalf of and in the name of the

1

Company to execute appropriate retention agreements, pay retainers as appropriate prior to and immediately upon the filing of the chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of SSG; and it is further

RESOLVED, that Epiq Bankruptcy Solutions ("Epiq") be, and it hereby is, authorized and empowered to serve as the notice, claims, solicitation, and balloting agent in connection with the chapter 11 case commenced by the Company under title 11 of the United States Code; and in connection therewith, the Designated Persons be, and each of them, acting alone, hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute appropriate retention agreements, pay retainers as appropriate prior to and immediately upon the filing of the chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Epiq; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone, hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to employ any other individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under title 11 of the United States Code; and in connection therewith, the Designated Persons be, and each of them, acting alone, hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute appropriate retention agreements, pay retainers as appropriate prior to and immediately upon the filing of the chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of such individuals and/or firms; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone, hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to negotiate and take all actions necessary or appropriate for the Company to enter into one or more agreements for the usage of cash collateral during the chapter 11 case (collectively, the "Cash Collateral Documents") with Regis Corporation ("Regis"), the Company's existing secured lender, and, if appropriate, such loan agreements, documents, notes, guaranties, security agreements, and pledge agreements, and all other documents, agreements, or instruments (collectively, the "Credit Documents"), in each case, as may be deemed necessary or appropriate by such Designated Person; and it is further

RESOLVED that the Designated Persons be, and each of them, acting alone, hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to negotiate and enter into an agreement for the sale of all or substantially all of the Company's assets to Regis and/or its assignee, pursuant to a credit bid of Regis's secured debt, subject to higher and better offers; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone, hereby is, authorized, directed, and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify, and/or file, or cause to be executed, verified, and/or filed (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all Cash Collateral Documents, Credit Documents, petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in connection therewith to employ and retain all assistance by legal counsel, accountants, or other professionals

2

and to take any and all actions that such Designated Person deems necessary and appropriate in connection with the chapter 11 case or with any cash collateral agreements contemplated; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone, hereby is, authorized, directed, and empowered from time to time in the name and on behalf of the Company to (i) take such actions and execute and deliver such documents as may be required or as such Designated Person may determine to be necessary, appropriate, or desirable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including without limitation the execution and delivery of any petitions, schedules, lists, security agreements, pledges, financing statements, certificates, instruments, guaranties, and notices, and (ii) perform the obligations of the Company under title 11 of the United States Code, with all such actions to be performed in such manner, and all such petitions, schedules, lists, security agreements, pledges, financing statements, certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the Designated Person performing or executing the same shall approve, the performance or execution and delivery thereof by such Designated Person being conclusive evidence of the approval thereof by such Designated Person and by the Company; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone, hereby is, authorized, directed, and empowered from time to time in the name and on behalf of the Company to exercise the rights and powers of the Company as such Designated Person may deem necessary, appropriate, or desirable (i) as a member or manager (however denominated) of the direct and indirect subsidiaries of the Company that are limited liability companies (if any); (ii) as general partner or limited partner of the direct and indirect subsidiaries of the Company that are limited partnerships (if any); and (iii) as a stockholder of the direct and indirect subsidiaries of the Company that are corporations (if any); and it is further

RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts would have been authorized and approved by the foregoing resolutions except that such actions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified. RESOLVED, that all actions heretofore taken by any officer or director of the Company in connection with the foregoing resolutions be, and they hereby are, confirmed, ratified and approved in all respects.

IN WITNESS WHEREOF, the directors of the Corporation have executed this Consent as of the date or dates written below.

DIRECTORS:

*/s/ Brian Luborsky*
Brian Luborsky
Date: October 4, 2011

/s/ David Danziger
David Danziger
Date: October 4, 2011


/s/ Hobart Truesdell
Hobart Truesdell
Date: October 4, 2011

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Pure Beauty Salons & Boutiques, Inc., *et al.*,[1] | Case No. 11-_____ (____) |
| Debtors. | (Joint Administration Requested) |

## DEBTORS' OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1), 1007(a)(3) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (each a "Debtor" and together, the "Debtors") state as follows:

1. Premier Salons Beauty Stores, Inc. owns 100% of the ownership interests of Debtor, Pure Beauty Salons & Boutiques, Inc. and Debtor, BeautyFirst Franchise Corp.

---

[1] The Debtors in these cases, along with the last four (4) digits of their federal tax identification numbers are: Pure Beauty Salons & Boutiques, Inc. (0447) and BeautyFirst Franchise Corp. (0520). The address for each Debtor is 3762 14th Avenue, # 200, Markham L3R 0G7, Canada.

# DECLARATION CONCERNING DEBTORS' OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1), 1007(a)(3) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Brian Luborsky, Chief Executive Officer of Pure Beauty Salons & Boutiques, Inc. and BeautyFirst Franchise Corp., the above-captioned debtors and debtors in possession, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing Debtors' Ownership Statement Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure submitted herewith and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated: October 4, 2011
Markham, Ontario, Canada

/s/ *Brian Luborsky*
Brian Luborsky
Chief Executive Officer
Pure Beauty Salons & Boutiques, Inc. and
BeautyFirst Franchise Corp.