# EXHIBIT A

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PURE BEAUTY SALONS & BOUTIQUES, INC.<br>a Delaware corporation,<br><br>                 Debtor.<br><br>Employer Tax I.D. No. 27-3530447 | Chapter 11<br><br>Case No. 11-_____(____) |

------------------------------------------------------------------- x

| | |
|---|---|
| In re:<br><br>BEAUTYFIRST FRANCHISE CORP.<br>a Delaware corporation,<br><br>                 Debtor.<br><br>Employer Tax I.D. No. 27-3530520 | Chapter 11<br><br>Case No. 11-_____ (____)<br><br>**Ref. Docket No.** ____ |

------------------------------------------------------------------- x

## ORDER AUTHORIZING JOINT ADMINISTRATION
## PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1

Upon consideration of the motion (the "Motion")[1] of Pure Beauty Salons & Boutiques, Inc. and BeautyFirst Franchise Corp. (together, the "Debtors") for entry of an order, pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the joint administration of the Debtors' cases under chapter 11 of the Bankruptcy Code; and upon the First Day Declaration; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by this Motion is in the best interests of these estates, their creditors, and other parties

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is GRANTED.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Pure Beauty Salons & Boutiques, Inc., Case No. 11-_____ (____), in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1, and the joint caption of the cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| Pure Beauty Salons & Boutiques, Inc., *et al.*,[1] | Case No. 11-_____ (____) |
| Debtors. | (Jointly Administered) |

3. All original pleadings shall be captioned as indicated in the preceding decretal paragraph and all original docket entries shall be made in the case of Pure Beauty Salons & Boutiques, Inc., Case No. 11-_____ (____), and a docket entry shall be made in the other Debtor's chapter 11 case and in the event related cases are subsequently filed, substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of Pure Beauty Salons & Boutiques, Inc. and BeautyFirst Franchise

---

[1] The Debtors in these cases, along with the last four (4) digits of their federal tax identification numbers are: Pure Beauty Salons & Boutiques, Inc. (0447) and BeautyFirst Franchise Corp. (0520). The address for each Debtor is 3762 14th Avenue, # 200, Markham L3R 0G7, Canada.

Corp. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 11-_____ (___).

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       October ____, 2011

_____
United States Bankruptcy Judge

3

YCST01: 11358422.1
070490.1001