# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Pure Beauty Salons & Boutiques, Inc., *et al.* ) | |
| ) | Case No. 11-13159 (MFW) |
| ) | |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |

## ENTRY OF APPEARANCE, REQUEST FOR MATRIX ENTRY, AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE THAT** the Regis Corporation, a creditor in the above-captioned case, hereby appears by its counsel, Smith, Katzenstein & Jenkins LLP, and Ravich Meyer Kirkman McGrath Nauman & Tansey and hereby enters their appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following addresses:

| | |
|---|---|
| Kathleen M. Miller | Michael L. Meyer |
| Smith, Katzenstein & Jenkins LLP | Ravich Meyer Kirkman McGrath Nauman & Tansey |
| 800 Delaware Avenue, 10th Floor | 4545 IDS Center, 80 South Eighth Street |
| P.O. Box 410 | Minneapolis, MN 55402 |
| Wilmington, DE 19899 | Telephone: 612-317-4745 |
| Courier: 19801 | Telecopy: 612-332-8302 |
| Telephone: 302-652-8400 | Email: MLMeyer@RavichMeyer.com |
| Telecopy: 302-652-8405 | |
| E-mail: Kmiller@skjlaw.com | |

Dated: October 5, 2011                SMITH, KATZENSTEIN & JENKINS LLP

/s/ Kathleen M. Miller
Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
Telephone: 302-652-8400
Telecopy: 302-652-8405
E-mail: Kmiller@skjlaw.com

*Attorneys for the Regis Corporation*