UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Pure Beauty Salons & Boutiques Inc., et al. | : | Case No. 11-13159 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **PREIT Services LLC**, Attn: Bruce Goldman, 200 S Broad Street, 3rd Floor, Philadelphia PA 19102, Phone: 215-875-0700 Fax: 215-546-1271

2. **OPI Products, Inc.**, Attn: Eric Schwartz, 13054 Saticoy Street, North Hollywood CA 91605-3510

3. **KPSS Inc.**, Attn: Elizabeth Scanlon, 981 Corporate Blvd., Linthicum Heights MD 21090, Phone: 443-577-8216, Fax: 443-557-6850

4. **Houston BW Inc.**, Attn: Jeff James, 4010 Blue Bonnet, Suite 110, Houston TX 77025, Phone: 713-822-0200

5. **Simon Property Group, Inc.**, Attn: Ronald Tucker, 225 W. Washington Street, Indianapolis IN, 46204, Phone: 317-263-2346, Fax: 317-263-7901

6. **GGP Limited Partnership**, Attn: Julie Bowden, 110 North Wacker Drive, Chicago IL 60606, Phone: 312-960-2707, Fax: 312-442-6574

7. **CBL & Associates Management Inc.**, Attn: Catherine Long, CBL Center, Suite 500, 2030 Hamilton Place Blvd., Chattanooga TN 37421, Phone: 423-490-8280, Fax: 423-893-4273

ROBERTA A. DEANGELIS
United States Trustee, Region 3

/s/ David Klauder for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: October 19, 2011

Attorney assigned to this Case: David Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Andrew Magaziner, Esquire, Phone: (302) 571-6600, (302) 576-3398